**Allen WASHINGTON, Plaintiff-
Appellant,**

v.

**S. CHAMBERS, Defendant-Appellee.**

**No. 17-6650**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2017

Decided: August 1, 2017

Allen Washington, Appellant Pro Se.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Washington appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Washington v. Chambers*, No. 5:16-ct-03197-FL (E.D.N.C. Apr. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*